# UNITED STATES DISTRICT COURT
for the
## DISTRICT OF MASSACHUSETTS

**CARLOS HERNAN CASTILLO CORREA,**

Petitioner,

v.

Civil Action No. **1:26–CV–12442**

**ANTONE MONIZ, ET AL.,**

Respondents.

## EMERGENCY ORDER CONCERNING STAY OF TRANSFER OR REMOVAL

Richard G. Stearns

Petitioner, CARLOS HERNAN CASTILLO CORREA, a(n) Ecuadorean national, has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241(a), contending that he/she is being unlawfully confined in violation of the Constitution and laws of the United States.

### (1) Service of Order
The clerk of this court shall serve a copy of the petition and this Order (by email) on the civil duty attorney for the United States Attorney's Office and the United States Attorney for the District of Massachusetts.

### (2) Order
To provide a fair opportunity for the judge who will be randomly assigned to this case to review the mertits of the petition and to rule on any contested issues of jurisdiction, unless otherwise ordered by the assigned judge, respondents will not remove the petitioner from the jurisdiction of the United States or transfer petitioner to a judical district outside that of Massachusetts for a period of at least 72 hours from the time this Order is docketed.

**/s/Richard G. Stearns**

Richard G. Stearns
United States District Judge

Issued at Boston, Massachusetts
2026–05–29 18:04:09